CLYMER *v.* THE COMMONWEALTH.

This is another case like the above upon the Collateral Inherit-

ance Law, and we so entirely approve of the ruling of the learned judge, that we do not deem it necessary to add to his reasoning anything more than we have said above.

The judgment is affirmed.

READ, J., dissented.